# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| CHRISTOPHER L. CLARK BEY, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 3:20-CV-413-RLJ-HBG |
| BERT BOYD, | ) ) ) |
| Respondent. | ) |

## JUDGMENT ORDER

In accordance with the accompanying memorandum opinion:

1. Respondent's motion to dismiss the petition due to Petitioner's failure to exhaust his available state court remedies [Doc. 6] is **GRANTED**;

2. This action is **DISMISSED**;

3. A certificate of appealability will not issue;

4. As Court certified that any appeal in this matter would not be taken in good faith, should Petitioner file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*; and

5. The Clerk is **DIRECTED** to close the file.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge

ENTERED AS A JUDGMENT
s/ John Medearis
CLERK OF COURT